| AO 10<br>Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2009 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Conner, Christopher C. | 2. Court or Organization<br><br>Middle District Pennsylvania | 3. Date of Report<br><br>05/11/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>P.O. Box 847<br>Harrisburg, PA 17108-0847 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ _____ _____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐    NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Custodian | Fidelity Advisor 529 College Savings Plans #1 and #2 |
| 2. Trustee | Trustee Account #1 |
| 3. | |
| 4. | |
| 5. | |

2010 MAY 12 P 12: 30
FINANCIAL DISCLOSURE OFFICE
RECEIVED

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑    NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Conner, Christopher C.

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C. | 05/11/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | Commonwealth of Pennsylvania |
| 2. 2009 | The Pennsylvania State University |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C. | 05/11/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C. | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS -- *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Metro Bank cash accounts (formerly Commerce Bank/Harrisburg) | A | Interest | J | T | | | | | |
| 2. PNC Bank, NA cash accounts | A | Interest | J | T | | | | | |
| 3. Pennsylvania State Employees Credit Union | A | Interest | J | T | | | | | |
| 4. Dow Chemical Company common stock | A | Dividend | J | T | | | | | |
| 5. PNM Resources Inc. common stock | A | Dividend | J | T | | | | | |
| 6. Conseco Life Insurance Co. - flexible premium life ins pol | A | Interest | J | T | | | | | |
| 7. RENTAL PROPERTY, Mechanicsburg, PA (2004, $302,250) | E | Rent | N | R | | | | | |
| 8. FIDELITY ADVISOR 529 COLLEGE SAVINGS PLAN #1 | | | | | | | | | |
| 9. - FA 529 Diversified International Portfolio | | None | K | T | | | | | |
| 10. - FA 529 Mid Cap Portfolio | | None | K | T | | | | | |
| 11. - FA 529 Small Cap Portfolio | | None | K | T | | | | | |
| 12. FIDELITY ADVISOR 529 COLLEGE SAVINGS PLAN #2 | | | | | | | | | |
| 13. - FA 529 Diversified International Portfolio | | None | K | T | | | | | |
| 14. - FA 529 Mid Cap Portfolio | | None | K | T | | | | | |
| 15. - FA 529 Small Cap Portfolio | | None | K | T | | | | | |
| 16. MERRILL LYNCH IRRA #1 | | | | | | | | | |
| 17. - ML Bank money market account | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G - $100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C. | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - M&T Bank Corp common stock | A | Dividend | | | | | | | |
| 19. | | | | | Sold | 9/25/09 | J | | |
| 20. - ConocoPhillips common stock | A | Dividend | J | T | | | | | |
| 21. - Deere Company common stock | A | Dividend | K | T | | | | | |
| 22. - Southern Copper Corp common stock | A | Dividend | | | | | | | |
| 23. | | | | | Sold | 10/23/09 | K | | |
| 24. - Lord Abbett Value Opportunities Fd Class F (formerly Cl A) | | None | K | T | | | | | |
| 25. | | | | | Sold (part) | 07/31/09 | K | | |
| 26. | | | | | Sold (part) | 08/26/09 | K | | |
| 27. - Marathon Oil Corporation common stock | A | Dividend | K | T | | | | | |
| 28. - Murphy Oil Corporation common stock | A | Dividend | K | T | | | | | |
| 29. - Consolidated Energy Inc common stock | A | Dividend | K | T | | | | | |
| 30. - Tyco Electronics Ltd common stock | A | Dividend | | | | | | | |
| 31. | | | | | Sold (part) | 09/10/09 | J | | |
| 32. | | | | | Sold | 9/10/09 | J | | |
| 33. - Harsco Corporation common stock | | None | | | | | | | |
| 34. | | | | | Sold | 05/11/09 | K | C | |

| 1. Income Gain Codes: | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| (See Columns C1 and D3) | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C. | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Tyco International Ltd common stock | A | Dividend | | | | | | | |
| 36. | | | | | Sold (part) | 9/15/09 | K | D | |
| 37. | | | | | Sold (part) | 9/25/09 | J | C | |
| 38. | | | | | Sold | 10/12/09 | J | A | |
| 39. - SPDR Gold Trust exchange traded funds | | None | | | | | | | |
| 40. | | | | | Sold | 12/22/09 | K | D | |
| 41. - Fidelity Advisors Inflation Protected Bond Class 1 | B | Dividend | L | T | | | | | |
| 42. | | | | | Sold (part) | 03/03/09 | J | | |
| 43. | | | | | Sold (part) | 04/13/09 | J | A | |
| 44. | | | | | Sold (part) | 07/13/09 | J | A | |
| 45. | | | | | Buy (add'l) | 09/11/09 | K | | |
| 46. | | | | | Sold (part) | 10/13/09 | J | A | |
| 47. - Procter & Gamble Co. common stock | A | Dividend | | | Buy | 03/05/09 | J | | |
| 48. | | | | | Sold | 9/11/09 | J | A | |
| 49. - Franklin Limited Maturity US Gov't Securities Fund A | A | Dividend | | | Buy | 05/14/09 | K | | |
| 50. | | | | | Buy (add'l) | 09/09/09 | K | | |
| 51. | | | | | Sold | 12/10/09 | L | A | |

1. Income Gain Codes:          A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes                    J =$15,000 or less          K =$15,001 - $50,000          L =$50,001 - $100,000          M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000    O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                                          P3 =$25,000,001 - $50,000,000                                          P4 =More than $50,000,000
3. Value Method Codes          Q =Appraisal                 R =Cost (Real Estate Only)    S =Assessment                    T =Cash Market
   (See Column C2)               U =Book Value               V =Other                          W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C. | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Fidelity Advisors Strategic Income Fund | B | Dividend | L | T | Buy | 08/03/09 | K | | |
| 53. | | | | | Buy (add'l) | 09/09/09 | J | | |
| 54. | | | | | Buy (add'l) | 09/11/09 | J | | |
| 55. | | | | | Buy (add'l) | 09/28/09 | K | | |
| 56. - Templeton Global Bond Fund | B | Dividend | M | T | Buy | 08/27/09 | K | | |
| 57. | | | | | Buy (add'l) | 09/09/09 | J | | |
| 58. | | | | | Buy (add'l) | 09/11/09 | J | | |
| 59. | | | | | Buy (add'l) | 09/28/09 | K | | |
| 60. | | | | | Buy (add'l) | 10/21/09 | K | | |
| 61. - ING Global Bond Fund Class A | A | Dividend | L | T | Buy | 12/14/09 | L | | |
| 62. | | | | | Buy (add'l) | 12/22/09 | K | | |
| 63. MERRILL LYNCH IRA #2 (formerly referred to as IRRA #2) | A | Dividend | J | T | | | | | |
| 64. - Ivy Global Natural Resources Fund, Class B | | | | | | | | | |
| 65. - Henderson International Opportunities Fund Class B | | | | | | | | | |
| 66. BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 67. - ML Bank USA money market account | A | Interest | K | T | | | | | |
| 68. - Henderson European Focus Fund A | | None | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C. | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold | 3/27/09 | J | | |
| 70. - Henderson Global Equity Fund Class A | A | Dividend | | | | | | | |
| 71. | | | | | Sold | 3/27/09 | J | | |
| 72. - iShares Silver Trust ETF | | None | | | Buy | 01/02/09 | J | | |
| 73. | | | | | Sold | 2/27/09 | J | A | |
| 74. | | | | | Buy | 4/1/09 | J | | |
| 75. | | | | | Sold (part) | 4/15/09 | J | | |
| 76. | | | | | Sold | 5/14/09 | J | A | |
| 77. TRUSTEE ACCOUNT #1 | | | | | | | | | |
| 78. - ML Bank money market account | A | Interest | J | T | | | | | |
| 79. - Van Kampen Unit Trust 683 CSD FD Strat Cohen & Steers Mst | D | Dividend | L | T | | | | | |
| 80. - Lord Abbett Bond Debenture Fund Class A | D | Dividend | | | | | | | |
| 81. | | | | | Sold (part) | 03/25/09 | K | | |
| 82. | | | | | Sold (part) | 04/02/09 | K | | |
| 83. | | | | | Sold | 7/17/09 | J | | |
| 84. - FT 1790 Target Focus 4 fund | A | Dividend | | | | | | | |
| 85. | | | | | Sold (part) | 7/27/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C. | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold | 11/02/09 | K | | |
| 87. - Certificate of deposit, Goldman Sachs Bank USA | B | Interest | | | | | | | |
| 88. | | | | | Sold | 9/23/09 | L | B | |
| 89. - Certificate of deposit, Capital One NA McLean | A | Interest | J | T | Buy | 2/26/09 | J | | |
| 90. - Certificate of deposit, First Business Bank | A | Interest | J | T | Buy | 3/4/09 | J | | |
| 91. - Certificate of deposit, BMW Bank of North America | B | Interest | | | Buy | 3/31/09 | L | | |
| 92. | | | | | Sold | 8/20/09 | L | | |
| 93. - Certificate of deposit, DN Midfirst Bank | A | Interest | J | T | Buy | 7/24/09 | J | | |
| 94. - Certificate of deposit, DN Bank Hapoalim BM NY | B | Interest | L | T | Buy | 08/21/09 | L | | |
| 95. - Franklin High Yield Tax Free Income Fund Class A | A | Dividend | L | T | Buy | 09/02/09 | L | | |
| 96. | | | | | Buy (add'l) | 11/05/09 | K | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C. | 05/11/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C. | 05/11/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

## FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544